UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

NANCY FALLON

    Plaintiff

v.                                    CIVIL ACTION:
                                      3:03 CV522 (JBA)
RYAN & TYMA, LLP

MOTION TO WITHDRAW ACTION PURSUANT
TO FEDERAL RULE 41 (b)

The plaintiff requests the Honorable Court to withdraw the above action due to settlement agreement arranged by Judge/Magistrate William I. Garfinkel on October 1, 2003. Both parties were present and accepted the terms and the defendant has complied with the agreement.

THE PLAINTIFF:

BY _____
JEFFREY OLGIN
HER ATTORNEY
FEDERAL JURIS NO. ct(
74 ROSE HILL ROAD
BRANFORD, CT 06405
203-483-1549

CERTIFICATION

I hereby certify a copy of the foregoing was sent to Attorney Alan Tyma, 231 Coram Avenue, Shelton, Ct. 06484 on October 21, 2003 as required by the Federal Rules.

_____
JEFFREY OLGIN
ATTY-AT-LAW

ORDERED ACCORDINGLY
KEVIN F. ROWE
Clerk, U.S. District Court
By _____
Deputy Clerk