UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

NANCY FALLON

    Plaintiff

v.

RYAN & TYMA, LLP

CIVIL ACTION:
3:03 CV522 (JBA)

## MOTION TO WITHDRAW ACTION PURSUANT TO FEDERAL RULE 41 (b)

The plaintiff requests the Honorable Court to withdraw the above action due to settlement agreement arranged by Judge/Magistrate William I. Garfinkel on October 1, 2003. Both parties were present and accepted the terms and the defendant has complied with the agreement.

                                          THE PLAINTIFF:

                                          BY _____
                                               JEFFREY OLGIN
                                             HER ATTORNEY
                                             FEDERAL JURIS NO. ct00
                                             74 ROSE HILL ROAD
                                             BRANFORD, CT 06405
                                             203-483-1549

### CERTIFICATION

I hereby certify a copy of the foregoing was sent to Attorney Alan Tyma, 231 Coram Avenue, Shelton, Ct. 06484 on October 21, 2003 as required by the Federal Rules.

                                          JEFFREY OLGIN
                                          ATTY-AT-LAW

**GRANTED. It is SO ORDERED**

Janet Bond Arterton, U.S.D.J.
New Haven, CT 11/4/03